Charles L. Ryan
judges: McKeown, Gould, Ikuta